IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: RICHARD ANTHONY RUTGERS ) | |
| ELVA MAE RUTGERS ) | CHAPTER 13 |
| **Debtor(s)** ) | |
| ) | CASE NO. 17-17327-REF |
| AMERICREDIT FINANCIAL SERVICES, ) | |
| INC., dba GM FINANCIAL ) | 11 U.S.C. 362 |
| **Moving Party** ) | |
| v. ) | HEARING DATE: **7-12-18 at 9:30 AM** |
| ) | |
| RICHARD ANTHONY RUTGERS ) | |
| ELVA MAE RUTGERS ) | |
| **Respondent(s)** ) | |
| ) | |
| WILLIAM MILLER ) | |
| **Interim Trustee** ) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between GM Financial and the Debtors in settlement of the Motion For Stay Relief, and filed on or about August 31, 2018, in the above matter is APPROVED.

Dated:

BY THE COURT:

**Date: September 4, 2018**

_____
UNITED STATES BANKRUPTCY JUDGE