**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| **RICHARD ANTHONY RUTGERS and** | : | **CHAPTER 13** |
| **ELVA MAE RUTGERS,** | : | |
| | : | |
| Debtors | : | BKRTCY. NO. 17-17327 REF |

**NOTICE OF FILING OF APPLICATION FOR
AUTHORITY TO APPOINT AND EMPLOY
JAMES MACORT AND BERKSHIRE HATHAWAY HOME SERVICES
AS REALTOR TO THE DEBTORS
IN ACCORDANCE WITH F.R.B.P. 2014 AND
LOCAL BANKRUPTCY RULES 2014-1 AND 9013-1(e)**

To the Chapter 13 Trustee, U.S. Trustee, all Creditors and parties in interest, NOTICE is given that:

1. On or about September 14, 2018, Kevin K. Kercher, Esquire, counsel for Debtors, filed an Application (the "Application") for Authority to Appoint and Employ James Macort and Berkshire Hathaway Home Services as Realtors to the Debtors. A copy of such Application is on file in the Clerk's Office and is available for inspection during regular business hours.

2. Macort and Berkshire have been proposed as the Realtors to the Debtors for the purpose of selling their residence at 5120 Curly Horse Drive, Center Valley, Pennsylvania.

3. Any creditor or party in interest may file an objection to the Application with the Clerk, U.S. Bankruptcy Court, The Madison, Suite 300, 400 Washington St., Reading, PA 19601, and file a copy on the attorney for the Debtors at the address listed below within seven (7) days of the date set forth below.

4. In the absence of any objection, the attorney for the Debtors will certify same to the Court and request that an Order be entered authorizing the requested employment.

Dated: 9/14/2018
**Counsel for Debtors:**
Kevin K. Kercher, Esquire
881 Third Street, Suite #C-2            By:   /s/ Kevin K. Kercher
Whitehall, PA 18052                           Kevin K. Kercher, Esquire
Phone: (610) 264-4120
Fax:   (610) 264-2990