**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
| | : |
| **RICHARD ANTHONY RUTGERS** and | : CHAPTER 13 |
| **ELVA MAE RUTGERS,** | : |
| | : |
| Debtors | : BKRTCY. NO. 17-17327 REF |

## ORDER

AND NOW, upon consideration of both the foregoing Application of Debtors to Appoint and Employ James Macort as Realtor for the Debtors, and the Declaration of James Macort in support thereof, and it appearing that James Macort does not have an interest adverse to the Debtors or Debtors' estate in the matter for which he is to be employed, and that his employment is in the best interest of the estate and the economical administration thereof,

IT IS HEREBY **ORDERED** that Debtors Richard and Elva Rutgers are authorized to employ James Macort and Berkshire Hathaway Home Services to act as Real Estate Broker/Realtor to the Debtors for the purposes set forth in the Application with compensation in accordance with the terms listed in the Application, subject to Court approval.

**IT IS SO ORDERED:**

**Date: September 26, 2018**

_____
**RICHARD E. FEHLING, CHIEF
UNITED STATES BANKRUPTCY JUDGE**