United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-17327-ref
Richard Anthony Rutgers                                                   Chapter 13
Elva Mae Rutgers
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4            User: Keith            Page 1 of 1            Date Rcvd: Sep 26, 2018
                               Form ID: pdf900         Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2018.
db/jdb         +Richard Anthony Rutgers,    Elva Mae Rutgers,    5120 Curly Horse Drive,
                Center Valley, PA 18034-8780
cr             +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                Arlington, TX 76096-3853
r              +James Macort,    Berkshire Hathaway Home Services,    2 N. Main Street,
                Coopersburg, PA 18036-1526
cr             +Wilmington Trust, National Association, not in its,    c/o Fay Servicing, LLC,
                3000 Kellway Dr. Ste 150,    Carrollton, TX 75006-3357

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Wilmington Trust, National Association, not in its,    c/o Fay Servicing, LLC,
                3000 Kellway Dr. Ste 150,    Carrollton, TX 75006-3357
                                                                          TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2018

Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2018 at the address(es) listed below:
        FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
        ecf_frpa@trustee13.com
        HARRY B. REESE   on behalf of Creditor    WELLS FARGO BANK, N.A. harry.reese@pkallc.com,
        chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com;mary.r
        aynor-paul@pkallc.com;amanda.rauer@pkallc.com
        JILL MANUEL-COUGHLIN   on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
        chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
        ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
        KARINA  VELTER   on behalf of Creditor    Wilmington Trust, National Association
        amps@manleydeas.com
        KEVIN K. KERCHER   on behalf of Joint Debtor Elva Mae Rutgers kevinkk@kercherlaw.com
        KEVIN K. KERCHER   on behalf of Debtor Richard Anthony Rutgers kevinkk@kercherlaw.com
        REBECCA ANN SOLARZ   on behalf of Creditor    Wilmington Trust, National Association, not in its
        individual capacity, but solely as trustee for MFRA Trust 2016-1 bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ   on behalf of Creditor    Wilmington Trust, National Association, not in its
        individual capacity, but solely as trustee for MFRA Trust 2016-1. bkgroup@kmllawgroup.com
        ROLANDO  RAMOS-CARDONA   on behalf of Trustee FREDERICK L. REIGLE
        RRamos-Cardona@fredreiglech13.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM  MILLER*R   ecfmail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
        WILLIAM EDWARD CRAIG   on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
        Financial ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                       TOTAL: 12

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| RICHARD ANTHONY RUTGERS and | : | CHAPTER 13 |
| ELVA MAE RUTGERS, | : | |
| | : | |
| Debtors | : | BKRTCY. NO. 17-17327 REF |

## ORDER

AND NOW, upon consideration of both the foregoing Application of Debtors to Appoint and Employ James Macort as Realtor for the Debtors, and the Declaration of James Macort in support thereof, and it appearing that James Macort does not have an interest adverse to the Debtors or Debtors' estate in the matter for which he is to be employed, and that his employment is in the best interest of the estate and the economical administration thereof,

IT IS HEREBY **ORDERED** that Debtors Richard and Elva Rutgers are authorized to employ James Macort and Berkshire Hathaway Home Services to act as Real Estate Broker/Realtor to the Debtors for the purposes set forth in the Application with compensation in accordance with the terms listed in the Application, subject to Court approval.

IT IS SO ORDERED:

**Date: September 26, 2018**

_____
RICHARD E. FEHLING, CHIEF
UNITED STATES BANKRUPTCY JUDGE