## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : Case No.: 17-17327 |
| **Richard Anthony Rutgers** | : **Chapter 13** |
| **Elva Mae Rutgers** | : **Judge Richard E. Fehling** |
| | : * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : |
| | : |
| **Wilmington Trust, National Association,** | : **Date and Time of Hearing** |
| not in its individual capacity, but solely | : **Place of Hearing** |
| as trustee for MFRA Trust 2016-1 | : September 13, 2018 at 09:30 a.m. |
| **Movant,** | : |
| vs | : 400 Washington Street |
| | : Courtroom #1 |
| **Richard Anthony Rutgers** | : Reading, PA, 19601 |
| **Elva Mae Rutgers** | : |
| | : **Related Document #  31** |
| **William C. Miller** | |
| **Respondents.** | |

### ORDER OF COURT

AND NOW, upon consideration of the foregoing Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1.   The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2.   Pursuant to the Stipulation, Movant is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

By the Court:

**Date: November 20, 2018**

_R NME F/_

_____
RICHARD E. FEHLING, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:
Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

4