United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-17327-ref
Richard Anthony Rutgers                                             Chapter 13
Elva Mae Rutgers
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-4         User: Keith              Page 1 of 1           Date Rcvd: Nov 20, 2018
                             Form ID: pdf900          Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2018.
db/jdb         +Richard Anthony Rutgers,   Elva Mae Rutgers,   5120 Curly Horse Drive,
                 Center Valley, PA 18034-8780
cr             +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
                 Arlington, TX 76096-3853
r              +James Macort,   Berkshire Hathaway Home Services,   2 N. Main Street,
                 Coopersburg, PA 18036-1526
cr             +Wilmington Trust, National Association, not in its,   c/o Fay Servicing, LLC,
                 3000 Kellway Dr. Ste 150,   Carrollton, TX 75006-3357

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2018                              Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2018 at the address(es) listed below:
              ADAM BRADLEY HALL    on behalf of Creditor    Wilmington Trust, National Association
               amps@manleydeas.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              HARRY B. REESE    on behalf of Creditor    WELLS FARGO BANK, N.A. harry.reese@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com;mary.r
               aynor-paul@pkallc.com;amanda.rauer@pkallc.com
              JILL   MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              KARINA   VELTER    on behalf of Creditor    Wilmington Trust, National Association
               amps@manleydeas.com
              KARINA   VELTER    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2016-1 amps@manleydeas.com
              KEVIN K. KERCHER    on behalf of Joint Debtor Elva Mae Rutgers kevinkk@kercherlaw.com,
               kevin@kercherlaw.com
              KEVIN K. KERCHER    on behalf of Debtor Richard Anthony Rutgers kevinkk@kercherlaw.com,
               kevin@kercherlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Trust, National Association, not in its
                individual capacity, but solely as trustee for MFRA Trust 2016-1 bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Trust, National Association, not in its
                individual capacity, but solely as trustee for MFRA Trust 2016-1. bkgroup@kmllawgroup.com
              ROLANDO   RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
               RRamos-Cardona@fredreiglech13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM   MILLER*R   ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
               Financial ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 14

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | Case No.: 17-17327 |
| **Richard Anthony Rutgers** | : | Chapter 13 |
| **Elva Mae Rutgers** | : | Judge Richard E. Fehling |
| | : | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | | |
| | : | |
| **Wilmington Trust, National Association,** | : | Date and Time of Hearing |
| **not in its individual capacity, but solely** | : | Place of Hearing |
| **as trustee for MFRA Trust 2016-1** | : | September 13, 2018 at 09:30 a.m. |
| **Movant,** | : | |
| | : | 400 Washington Street |
| vs | : | Courtroom #1 |
| | : | Reading, PA, 19601 |
| **Richard Anthony Rutgers** | : | |
| **Elva Mae Rutgers** | : | Related Document # 31 |
| | | |
| **William C. Miller** | | |
| **Respondents.** | | |

### ORDER OF COURT

AND NOW, upon consideration of the foregoing Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2. Pursuant to the Stipulation, Movant is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

By the Court:

**Date: November 20, 2018**

_R NME F/_

_____
RICHARD E. FEHLING, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:
Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 (notified by ecf)