## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:　　　　　　　　　　　　　　　　　　　Chapter 13

**RICHARD ANTHONY RUTGERS**
**ELVA MAE RUTGERS,**

　　　　　　　Debtors　　　　　Bky. No.　17-17327  ELF

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott Waterman, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: August 15, 2019**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**