United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-17327-elf
Richard Anthony Rutgers                                                   Chapter 13
Elva Mae Rutgers
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: Keith             Page 1 of 2              Date Rcvd: Aug 15, 2019
                             Form ID: pdf900         Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2019.
```
db/jdb         +Richard Anthony Rutgers,    Elva Mae Rutgers,    5120 Curly Horse Drive,
                 Center Valley, PA 18034-8780
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,   3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr              Fay Servicing, LLC,    PO Box 814609,    Dallas, TX  75381-4609
r              +James Macort,    Berkshire Hathaway Home Services,    2 N. Main Street,
                 Coopersburg, PA 18036-1526
cr             +Wilmington Trust, National Association, not in its,     c/o Fay Servicing, LLC,
                 3000 Kellway Dr. Ste 150,    Carrollton, TX 75006-3357
14113632       +AmeriCredit Financial Services, Inc.,    c/o William E. Craig, Esq.,    110 Marter Ave, Ste 301,
                 Moorestown, NJ 08057-3124
14048553        Berkheimer Assoc Upper SauconTwp/SouthernLehigh SD,    c/o David R. Gordon, Esq,
                 1883 Jory Road,    Pen Argyl, PA  18072
14085844        CACH, LLC its successors and assigns as assignee,     of Springleaf Financial Services, Inc.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14189249       +Fay Servicing,    as Servicer for Wilmington Trust,    c/o Rebecca A. Solarz, Esq.,
                 701 Market Street, Ste 5000,    Philadelphia, PA 19106-1541
14024139        Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,
                 Eagan, MN 55121-7700
14015989       +Wells Fargo Bank, N.A.,    c/o Jill Manuel-Coughlin, Esq.,    Eight Neshaminy Interplex, Ste 215,
                 Trevose, PA 19053-6980
14005736        Wells Fargo Home Mortgage,    P.O. Box 10392,    Des Moines, IA  50306-0392
14311032       +Wilmington Trust, National Assoc,    c/o Michael J. Shavel, Esq.,
                 777 Township Line Road, Ste 250,    Yardley, PA 19067-5565
14128038        Wilmington Trust, National Association,    c/o Fay Servicing, LLC,    P O Box 814609,
                 Dallas, TX 75381-4609
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 16 2019 02:57:09
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 16 2019 02:57:15      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 16 2019 02:56:57
                 AmeriCredit Financial Services, Inc. dba GM Financ,     P O Box 183853,
                 Arlington, TX 76096-3853
14029105        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 16 2019 02:56:57
                 AmeriCredit Financial Services, Inc.,    dba GM Financial,    P.O. Box 183853,
                 Arlington, TX 76096
14005731       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 16 2019 03:01:54      Capital One,
                 P.O. Box 85617,    Richmond, VA 23285-5617
14005732       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 16 2019 03:02:04      Capital One,
                 P.O. Box 30281,    Salt Lake City, UT 84130-0281
14005733        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 16 2019 03:02:14
                 Capital One Bank (USA), N.A.,    P.O. Box 71083,    Charlotte, NC  28272-1083
14005734        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 16 2019 02:56:57      GM Financial,
                 PO Box 78143,    Phoenix, AZ  85062-8143
14005735        E-mail/Text: cio.bncmail@irs.gov Aug 16 2019 02:56:55      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA  19101-7346
14036540       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 16 2019 02:57:10      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14030018        E-mail/PDF: cbp@onemainfinancial.com Aug 16 2019 03:01:52      ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
14058863        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 16 2019 03:01:54
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14005730        E-mail/PDF: cbp@onemainfinancial.com Aug 16 2019 03:02:14
                 American General Consumer Discount,    1301 Chestnut St,    Emmaus, PA  18049-1920
14061604       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 16 2019 03:02:16      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 14
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Wilmington Trust, National Association, not in its,     c/o Fay Servicing, LLC,
                 3000 Kellway Dr. Ste 150,    Carrollton, TX 75006-3357
14045915*      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court: Americredit Financial Services, Inc.,     Dba GM Financial,
                 P.O Box 183853,    Arlington, TX 76096)
                                                                                              TOTALS: 0, * 2, ## 0
```

```
District/off: 0313-4          User: Keith              Page 2 of 2                  Date Rcvd: Aug 15, 2019
                              Form ID: pdf900          Total Noticed: 32
```

          ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2019 at the address(es) listed below:
```
          ADAM BRADLEY HALL    on behalf of Creditor    Wilmington Trust, National Association
           amps@manleydeas.com
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          HARRY B. REESE    on behalf of Creditor    WELLS FARGO BANK, N.A. harry.reese@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com;mary.r
           aynor-paul@pkallc.com;amanda.rauer@pkallc.com
          JILL  MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
           ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
          KARINA   VELTER    on behalf of Creditor    Wilmington Trust, National Association, not in its
           individual capacity, but solely as trustee for MFRA Trust 2016-1 amps@manleydeas.com
          KARINA   VELTER    on behalf of Creditor    Wilmington Trust, National Association
           amps@manleydeas.com
          KEVIN K. KERCHER    on behalf of Debtor Richard Anthony Rutgers kevinkk@kercherlaw.com,
           kevin@kercherlaw.com
          KEVIN K. KERCHER    on behalf of Joint Debtor Elva Mae Rutgers kevinkk@kercherlaw.com,
           kevin@kercherlaw.com
          MICHAEL J. SHAVEL    on behalf of Creditor    Wilmington Trust, National Association
           mshavel@hillwallack.com,  lharkins@hillwallack.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Trust, National Association, not in its
           individual capacity, but solely as trustee for MFRA Trust 2016-1. bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Trust, National Association, not in its
           individual capacity, but solely as trustee for MFRA Trust 2016-1 bkgroup@kmllawgroup.com
          ROLANDO   RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
           ecf_frpa@trustee13.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
           Financial ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 15
```

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                      Chapter 13

RICHARD ANTHONY RUTGERS
ELVA MAE RUTGERS,

               Debtors                            Bky. No.   17-17327  ELF

# O R D E R

AND NOW, upon consideration of the Motion to Dismiss Case filed by Scott Waterman, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: August 15, 2019**

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**